UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**LORI ABBOTT, et al.,**

        **Plaintiffs,**

**-v-**

**SPRING VALLEY ACADEMY,**

        **Defendant.**

Case No. 03-CV-07-417

Judge Thomas M. Rose

_____

**ENTRY AND ORDER GRANTING PLAINTIFFS' MOTION TO REMAND (Doc. #4); REMANDING THIS CASE TO THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, OHIO AND TERMINATING THIS CASE ON THE DOCKET RECORDS OF THIS COURT**
_____

Now before the Court is Plaintiffs' Motion To Remand. (Doc. #4.) Plaintiffs' Complaint was originally filed in the Court of Common Pleas of Montgomery County, Ohio. It was subsequently removed to this Court based upon the following statement at paragraph 17: "[d]efendant's actions are unlawful and violate several federal statutes and regulations, as adopted by Ohio's legislature and codified at ORC 4112.01 et seq."[1] (Doc. #1.) The Defendants argue that Plaintiffs' Complaint is removable because, under the general pleading requirements, the statement at paragraph 17 would "open the door" for the Plaintiffs to present the alleged violations of federal law to a jury. (Doc. #1.)

Plaintiffs' Motion To Remand indicates the Defendant has misinterpreted their Complaint and their Complaint "fails to encompass or address, or is intended to encompass or address, actual federal authority or statute or rely upon the same." The Plaintiffs further

---

[1] Both Counts of Plaintiffs' Complaint alleged discrimination in violation of ORC 4112.01 et seq. (Doc. #2.)

"acknowledge and stipulate that they have not asserted or intend to assert any federal claims in this action." The Defendant responds that it will not oppose the remand of this matter to State court if the Plaintiffs remove any reference to federal claims from their complaint or if this Court makes a finding that no federal claims have been pleaded. (Doc. # 5.)

Based upon Plaintiffs' representations, this Court finds that Plaintiffs' Complaint that is now before this Court includes no federal claims. Therefore, Plaintiffs' Motion To Remand is GRANTED. This matter is hereby ordered to be remanded to the Court of Common Pleas of Montgomery County, Ohio. Further, the captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio this Twentieth day of February, 2008.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record